Keene District Court
No. 7419 .

FREDERICK B. LAWRENCE
and
RICHARD B. LAWRENCE
d.b.a. LAWRENCE BROTHERS

v.

TERRY A. BISHOP
and
FREDERICA A. BISHOP

December 30, 1976

*Goodnow, Arwe, Ayer and Prigge* and *Eric R. Gardner (Mr. Gardner* by brief) for the plaintiffs.

*Raymond Bishop,* by brief, for the defendants.

MEMORANDUM OPINION

This is an action to recover for goods and services rendered. The trial before the acting Keene district judge resulted in a verdict for the plaintiffs for $525.00. The defendants appealed and the Court *(Lichman,* J.) transferred the case.

No transcript or exhibits were filed and no error appears in the record. The court's findings of fact sustain its conclusion and the defendants' exceptions are overruled. *Bergeron v. Hunt,* 110 N.H. 278, 266 A.2d 121 (1970); *see Trustees of Lexington Realty Trust v. Concord,* 115 N.H. 131, 132, 336 A.2d 591, 592 (1975).

The order is

*Judgment on the verdict.*